No. 24-3149

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 8, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| AL GAMMARINO, Individually and as Trustee, et al., | ) ) ) |
| Plaintiffs-Appellants, | ) ) |
| v. | ) ) |
| SYCAMORE TOWNSHIP, OH, et al., | ) ) |
| Defendants-Appellees. | ) |

O R D E R

Before: STRANCH, BUSH, and MATHIS, Circuit Judges.

Plaintiffs Al Gammarino, Individually and as Trustee, Cathy Gammarino, and Anthony Gammarino appeal the district court's order denying them leave to file an amended complaint and dismissing their civil action with prejudice. But Plaintiffs filed their notice of appeal one day late. Plaintiffs included a request for an extension of time with their late-filed notice. Defendants—Sycamore Township and several of its trustees and agents—move for a limited remand so that the district court can decide whether Plaintiffs can establish excusable neglect or good cause to warrant an extension of time to file their notice of appeal. *See* Fed. R. App. P. 4(a)(1)(A), (a)(5).

After Defendants filed their motion for limited remand, the district court granted Plaintiffs' motion for an extension of time to file their notice of appeal, deeming it timely filed.

Accordingly, the motion for a limited remand is **DENIED** as unnecessary.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk